# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **WILSON JUNIOR VELEZ** | : | CIVIL ACTION |
| *Plaintiff, pro se* | : | |
| | : | NO. 18-1324 |
| **v.** | : | |
| | : | |
| **MARTHA CHAMPLIN** | : | |
| *Defendant* | : | |

# ORDER

**AND NOW**, this 21st day of March 2019, upon consideration of the *motion to dismiss Plaintiff's amended complaint*, [ECF 16], filed by Defendant Martha Champlin ("Defendant"), the opposition thereto, [ECF 25], filed by Plaintiff Wilson Junior Velez ("Plaintiff"), and the allegations in Plaintiff's amended complaint, [ECF 13], it is hereby **ORDERED** that, for the reasons set forth in the accompanying Memorandum Opinion, Defendant's motion to dismiss is **GRANTED**, and Plaintiff's amended complaint is **DISMISSED**.

The Clerk of Court is directed to mark this matter **CLOSED**.

                                                **BY THE COURT:**

                                                 /s/ *Nitza I. Quiñones Alejandro*
                                                **NITZA I. QUIÑONES ALEJANDRO**
                                                *Judge, United States District Court*